**STATE of Missouri, Respondent,**

v.

**Stephen C. WETZEL, Appellant.**

**No. WD 43489.**

Missouri Court of Appeals,
Western District.

Dec. 3, 1991.

David S. Durbin, Appellate Defender, Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, and Phillip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Appeal from convictions of attempted forcible rape, § 566.030, RSMo 1986 (repealed 1990), assault in the first degree § 565.050, RSMo 1986, and burglary in the first degree, § 569.160, RSMo 1986, and from sentences of five years on each count, with one five-year term to be served consecutively.

Judgment affirmed. Rule 30.25(b).